1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Rajdeep SINGH,

Petitioner,

v.

Christopher LaROSE, et al.,

Respondents.

Case No.:  25-cv-3732-AGS-BLM

**ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING**

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 1–2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

All pending deadlines and hearings before this Court are vacated. Respondents must provide petitioner with a bond hearing before an immigration judge by **January 14, 2026**.

Dated:  December 31, 2025

Hon. Andrew G. Schopler
United States District Judge

1

25-cv-3732-AGS-BLM